UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGNACIO LANUZA,<br><br>             Plaintiff,<br><br>   v.<br><br>JONATHAN M. LOVE, et al.<br><br>             Defendants. | CASE NO. C14-1641 MJP<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE CONTEMPORANEOUS DISPOSITIVE MOTION |

THIS MATTER comes before the Court on Defendant United States' Motion for Leave to File Contemporaneous Dispositive Motion. (Dkt. No. 71.) Having reviewed the motion, Plaintiff's response, (Dkt. No. 74), and the related record, the Court hereby DENIES the motion.

Defendant United States has filed three motions to dismiss, two of which are currently pending before the Court. (Dkt. Nos. 53, 58.) Defendant United States now moves under LCR 7(e) for leave to file a fourth dispositive motion. (Dkt. No. 71.) However, it appears that in the proposed fourth motion Defendant United States makes many of the same arguments made in its pending motions to dismiss. (Dkt. No. 71-1.) Because these arguments are already before the

1  Court, the Court DENIES the motion. The Court declines to award Plaintiff fees and costs
2  associated with responding to Defendant United States' motion. (Dkt. No. 74 at 2.)
3      The clerk is ordered to provide copies of this order to all counsel.
4      Dated this 9th day of September, 2015.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DENYING MOTION FOR LEAVE TO
FILE CONTEMPORANEOUS DISPOSITIVE
MOTION- 2