THE HONORABLE BARBARA J. ROTHSTEIN

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  IGNACIO LANUZA,

10                          Plaintiff,

11        v.

12  JONATHAN M. LOVE, and UNITED STATES
    OF AMERICA,
13

14                          Defendants.

15

Case No.  CV14-1641 BJR

**ORDER GRANTING MOTION
FOR WITHDRAWAL OF
ATTORNEY**

16      This matter came before the Court on a motion filed by counsel for dismissed defendant

17  Jonathan Love.  Consistent with Local CR 83.2(b)(1), Mr. Love and his attorney, Tom Brennan,

18

19  request that the Court grant the motion to withdraw as counsel in this case.

20      Counsel for Mr. Love, Mr. Brennan, has certified to the Court that all parties, including

21  Mr. Love, were served with this motion.  This case currently is stayed pending a ruling by the

22

23  Ninth Circuit Court of Appeals.  The underlying motion to withdraw was not filed within 60

24  days of a discovery cutoff date.  Contact information, including a mailing address and phone

25  number, has been provided for Mr. Love.  Mr. Love can be reached as follows: 450 Davis Street,

26  Evanston, Illinois 60201 and phone number 541-799-8212.

27      The Court has reviewed the motion and supporting papers and based on the entirety of

28

ORDER GRANTING MOTION TO WITHDRAW AS
ATTORNEY - 1
NO.  CV14-1641 BJR

the record, the Court hereby orders, adjudges and decrees that the motion is GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that Mr. Brennan shall withdraw as counsel for Mr. Love.  The Clerk of the Court shall update the docket to remove Mr. Brennan as counsel for Mr. Love.  The Clerk of the Court shall also update the docket to reflect the current contact information for Mr. Love.


DATED this 18th day of ___July___, 2017.




Barbara Jacobs Rothstein
U.S. District Court Judge




Presented by:

**McKay Chadwell, PLLC**


*s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
Attorneys for Jonathan M. Love
600 University Street, Suite 1601
Seattle, WA  98101-4124
Phone: (206) 233-2800
Email: tmb@mckay-chadwell.com




ORDER GRANTING MOTION TO WITHDRAW AS
ATTORNEY - 2
NO.  CV14-1641 BJR