THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGNACIO LANUZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>　　　　Defendants. | Civil Action No. 2:14-cv-01641-BJR<br><br>**JOINT STATUS REPORT** |

　　　　Plaintiff Ignacio Lanuza ("Mr. Lanuza") and Defendant United States of America ("USA") (collectively, the "Parties") submit the following joint status report.

　　　　On May 2, 2016, Judge Marsha J. Pechman granted the Parties' stipulated motion to continue to stay this case until the Ninth Circuit resolves Mr. Lanuza's appeal against Jonathan Love. *See* Dkt. 99.  Briefing before the Ninth Circuit closed on January 21, 2016. Dkt. 96 ¶3. On February 22, 2017, the Ninth Circuit issued a notice alerting the parties that Mr. Lanuza's appeal of the District Court's Order dismissing his *Bivens* claims against the individual defendant Mr. Love was "being considered for the June 2017 Seattle oral argument calendar." Dkt. 108, Ex. A. On June 20, 2017, the parties received notice that Mr. Lanuza's appeal of the District Court's Order dismissing his *Bivens* claims against the individual defendant Mr. Love was instead "being considered for the October 2017 Seattle oral argument calendar." Ex. A. The appeal was argued before the Ninth Cir. on October 3, 2017, and the Ninth Cir. has taken the case under advisement.

JOINT STATUS REPORT - 1
Case No. 2:14-cv-01641-BJR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

In the initial Stipulated Motion to Stay Action, Dkt. 83 at 1, "[t]he Parties believe . . . it is in the best interests of the Parties, the Court, and judicial economy to continue staying this matter until the United States Court of Appeals for the Ninth Circuit resolves" the appeal of the dismissal of Mr. Love from this action. *See also* Dkt. 95 at 1-2.

The Parties agree to submit a joint status report, within ten (10) days of notice of the Ninth Circuit's decision in this pending matter, apprising the Court of the status of the appellate proceedings and case.

DATED: January 12, 2018

Respectfully submitted,

By: *s/ Timothy M. Durkin*

Timothy M. Durkin
Assistant United States Attorney
tim.durkin@usdoj.gov
UNITED STATES ATTORNEY'S
  OFFICE
P.O. Box 1494
920 W. Riverside, Suite 340
Spokane, WA 99210
Tel:  (509) 353-2767

*Counsel for Defendant
United States of America*

By: *s/ Matt Adams*

Matt Adams
matt@nwirp.org
Glenda M. Aldana Madrid
glenda@nwirp.org
NORTHWEST IMMIGRANT
  RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Tel: (206) 957-8611

Chris Schenck
5507 12th Avenue NE
Seattle, WA 98105
chris.schenck@gmail.com
Tel: (206)-549-5964

Stephanie Martinez
2311 N 45th Street, No. 196
Seattle, WA 98103
stephanie@stephaniemartinez.com
Tel: (206) 719-1301

*Counsel for Plaintiff
Ignacio Lanuza*

JOINT STATUS REPORT - 2
Case No. 2:14-cv-01641-BJR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the Parties' Joint Status Report via the Court's CM/ECF system on January 12, 2018.

UNITED STATES ATTORNEY'S OFFICE

Timothy M. Durkin
Assistant United States Attorney
tim.durkin@usdoj.gov
Eastern District of Washington
P.O. Box 1494
920 W. Riverside, Suite 340
Spokane, WA 99210
Tel: (509) 353-2767

*Counsel for Defendant*
*United States of America*

DATED: January 12, 2018          By:   *s/* Glenda M. Aldana Madrid
                                       Glenda M. Aldana Madrid
                                       *Counsel for Plaintiff*

JOINT STATUS REPORT - 3
Case No. 2:14-cv-01641-BJR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611