Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IGNACIO LANUZA,

  Plaintiff,

v.

UNITED STATES OF AMERICA ET AL.,

  Defendants.

Case No. 2:14-CV-01641-BJR

**ORDER ON STIPULATED MOTION TO DISMISS CLAIM PURSUANT TO PRIVATE SETTLEMENT AGREEMENT**

Having considered the Parties' motion to dismiss Plaintiff Ignacio Lanuza's *Bivens* claim against Defendant Jonathan Love pursuant to Federal Rule of Civil Procedure 41(a), as well as the attached settlement agreement, the Court ORDERS as follows:

1. The Parties' motion is granted.
2. Plaintiff's fourth claim for relief, Dkt 1 at 18-19, is dismissed with prejudice.

ORDER ON STIP. MOT. TO DISMISS CLAIM
PURSUANT TO PRIVATE SETTLEMENT
AGREEMENT – 1
Case No. 2:14-CV-01641-BJR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

DATED this 30th day of April, 2019.

*[signature: Barbara J. Rothstein]*
JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Matt Adams
Matt Adams

s/ Aaron Korthuis
Aaron Korthuis

s/ Stephanie Martinez
Stephanie Martinez

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 957-8611
matt@nwirp.org
aaron@nwirp.org
stephanie@nwirp.org

s/ Chris Schenck
Chris Schenck

5507 12th Avenue NE
Seattle, WA 98105
Tel: (206)-549-5964
chris.schenck@gmail.com

*Counsel for Plaintiff Ignacio Lanuza*

ORDER ON STIP. MOT. TO DISMISS CLAIM
PURSUANT TO PRIVATE SETTLEMENT
AGREEMENT – 2
Case No. 2:14-CV-01641-BJR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611