# SHERIFF KING COUNTY

# TRAFFIC ACCIDENT

**04-018166**  Page 1
**401-H-0**  District: **K-2**

| | | |
|---|---|---|
| DO NOT DISCLOSE!: ☐ | | |
| DomesticViolence ☐ | | |

| Reported: | DOW | Time: | Incident Type: | Initial FCR | Court | Juvenile ☐ |
|---|---|---|---|---|---|---|
| 1/18/2004 | Sun | 20:12 | ACCIDENT, INJURY | -- | | |

| Occ Between: | DOW | Time: | And: | DOW | Time: | LocationName: |
|---|---|---|---|---|---|---|
| 1/18/2004 | Sun | 20:12 | 1/18/2004 | Sun | 20:12 | |

| Incident Location: | City: | State: | Zip |
|---|---|---|---|
| AMBAUM BLVD SW / SW 122 ST | | WA | |

## VICTIMS, WITNESSES AND OTHER PERSONS SECTION

| Association: | Last, First Middle | Interpreter Needed ☐ | Phone Numbers: |
|---|---|---|---|
| **DRIVER** | **BAKER, ROBERT L** | | Home 206/684-2700 |

| Address | City | ST | Zip |
|---|---|---|---|
| 201 S JACKSON | SEATTLE | WA | 98104 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| M | | (b) | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | (b) | WA | | |

| Association: | Last, First Middle | Interpreter Needed ☐ | Phone Numbers: |
|---|---|---|---|
| **DRIVER** | **LANUZATORRES, ARNULFO** | | Home 206/923-1035 |

| Address | City | ST | Zip |
|---|---|---|---|
| 4200 30 AV SW #1 | SEATTLE | WA | 98126 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| M | | (b) | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | (b) | WA | | |

| Additional Alias': Last Name | First Name | MI | Moniker |
|---|---|---|---|
| LANUZA-TORRES | ARNULFO | * | |

## REVIEW

| DateSubmitted: | Reporting Officer: | Disposition: | |
|---|---|---|---|
| 1/30/2004 | 09357  Riehs, Ronald R | INCIDENT REPORT - CITATION ISSUED/CHARGED BY INVE | |

| DateTimeReviewed: | ReviewedBy: | CIDScreener: | Event Processing Status: |
|---|---|---|---|
| 1/23/2004 00:00 | 05595  Provenzo, Tony J. | 05595  Provenzo, Tony J. | Filed |

| DateAssigned | InvestigatorAssigned | | Date Status Last Changed: |
|---|---|---|---|
| | | | 1/30/2004 8:50:50 A |

☐ Aid Req  ☐ Weapons  ☐ Injury  ☐ Alcohol  ☐ Computer  ☐ Dom Viol  ☐ Drug  ☐ Juvenile  ☐ Gang

**Printed by: Watts, Doc   On:  Thursday 09/10/15  11:04**

INCIDENT REPORT  96-340483-A
-1961590272
Exhibit 509 - DUI Report

# SHERIFF KING COUNTY — TRAFFIC ACCIDENT

| | |
|---|---|
| DO NOT DISCLOSE!: ☐ | 04-018166   Page 2 |
| DomesticViolence ☐ | 401-H-0   District: K-2 |

## Association: R.O.
**Last, First Middle:** KING COUNTY DOT TRANSIT DIVISION,
Interpreter Needed: ☐
Phone Numbers:

| Address | City | ST | Zip |
|---|---|---|---|
| 500 4 AV #653 | SEATTLE | WA | 98104 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | | | | |

**Additional Alias': Last Name / First Name / MI / Moniker**
FLEET ADMINISTRATION    MOTOR POOL
KING COUNTY DEPT OF PUBL
KING COUNTY DEPT OF ROA
KING COUNTY DOT
KING COUNTY FLEET ADMIN
SHERIFF'S OFFICE

---

## Association: R.O.
**Last, First Middle:** LANUZATORRES, IGNACIO
Interpreter Needed: ☐
Phone Numbers:

| Address | City | ST | Zip |
|---|---|---|---|
| 4200 30 AV SW #1 | SEATTLE | WA | 98126 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | | | | |

**Additional Alias': Last Name / First Name / MI / Moniker**
LANUZA-TORRES    IGNACIO    *

---

## Association: PASSENGER
**Last, First Middle:** ALLEN, LATISHA A
Interpreter Needed: ☐
Phone Numbers: Home 206/674-0134

| Address | City | ST | Zip |
|---|---|---|---|
| 3131 S 192 #D305 | SEATAC | WA | 98188 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| F | | (b) | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | | | | |

---

## Association: PASSENGER
**Last, First Middle:** BARNES, DONOVAN J
Interpreter Needed: ☐
Phone Numbers: Home 206/568-5974

| Address | City | ST | Zip |
|---|---|---|---|
| 2101 E TERRACE ST | SEATTLE | WA | 98122 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| M | | (b) | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | | | | |

Exhibit 509 - DUI Report

# SHERIFF KING COUNTY — TRAFFIC ACCIDENT

DO NOT DISCLOSE!: ☐
DomesticViolence ☐

04-018166    Page 3
401-H-0    District: K-2

---

**Association:** PASSENGER
**Last, First Middle:** CARLESON, RON
Interpreter Needed ☐
Phone Numbers:
**Address:** 4509 INTERLAKE N
**City:** SEATTLE   **ST:** WA   **Zip:**
**Sex:** M   Race:   DOB:   Height:   Weight:   Hair:   Glass':   Eyes:   Facial Hair:
Scars, Marks & Tatoos:   Clothing:   Gang:   Set:
Occupation:   Employer:   OLN:   ST:   SSN:   AFIS#:

---

**Association:** PASSENGER
**Last, First Middle:** DART, JOHN M
Interpreter Needed ☐
Phone Numbers: Home 206/439-6772
**Address:** 1615 SW 110 #C
**City:** SEATTLE   **ST:** WA   **Zip:** 98146
**Sex:** M   Race:   DOB: (b)   Height:   Weight:   Hair:   Glass':   Eyes:   Facial Hair:
Scars, Marks & Tatoos:   Clothing:   Gang:   Set:
Occupation:   Employer:   OLN:   ST:   SSN:   AFIS#:

---

**Association:** PASSENGER
**Last, First Middle:** DELFINPENA, MOISES
Interpreter Needed ☐
Phone Numbers: Home 206/380-3268
**Address:** 3000 E SPRUCE #4
**City:** SEATTLE   **ST:** WA   **Zip:** 98122
**Sex:** M   Race:   DOB:   Height:   Weight:   Hair:   Glass':   Eyes:   Facial Hair:
Scars, Marks & Tatoos:   Clothing:   Gang:   Set:
Occupation:   Employer:   OLN:   ST:   SSN:   AFIS#:

---

**Association:** PASSENGER
**Last, First Middle:** MORALES, MARIA A
Interpreter Needed ☐
Phone Numbers: Home 206/242-0189
**Address:** 3042 S 190
**City:** SEATAC   **ST:** WA   **Zip:** 98188
**Sex:** F   Race:   DOB: (b)   Height:   Weight:   Hair:   Glass':   Eyes:   Facial Hair:
Scars, Marks & Tatoos:   Clothing:   Gang:   Set:
Occupation:   Employer:   OLN:   ST:   SSN:   AFIS#:

Additional Alias': Last Name: MORALES   First Name: ANGELICA   MI:   Moniker:

Exhibit 509 - DUI Report

# SHERIFF KING COUNTY — TRAFFIC ACCIDENT

| | |
|---|---|
| DO NOT DISCLOSE!: ☐ | 04-018166 — Page 4 |
| DomesticViolence ☐ | 401-H-0 — District: K-2 |

---

**Association:** PASSENGER
**Last, First Middle:** PANTOJASOTO, BALTAZAR
**Interpreter Needed:** ☐
**Phone Numbers:** Home 206/954-8584
**Address:** 2318 2 AV #239
**City:** SEATTLE
**ST:** WA
**Zip:** 98121
**Sex:** M
**Race:**
**DOB:** (b)
**Height:** | **Weight:** | **Hair:** | **Glass':** | **Eyes:** | **Facial Hair:**
**Scars, Marks & Tatoos:**
**Clothing:**
**Gang:**
**Set:**
**Occupation:** | **Employer:** | **OLN:** | **ST:** | **SSN:** | **AFIS#:**

---

**Association:** PASSENGER
**Last, First Middle:** ROBINSON, WENDY L
**Interpreter Needed:** ☐
**Phone Numbers:**
**Address:**
**City:**
**ST:**
**Zip:**
**Sex:** F
**Race:**
**DOB:** (b)
**Height:** | **Weight:** | **Hair:** | **Glass':** | **Eyes:** | **Facial Hair:**
**Scars, Marks & Tatoos:**
**Clothing:**
**Gang:**
**Set:**
**Occupation:** | **Employer:** | **OLN:** | **ST:** | **SSN:** | **AFIS#:**

---

**Association:** PASSENGER
**Last, First Middle:** STEWART, TANZANIA S
**Interpreter Needed:** ☐
**Phone Numbers:**
**Address:**
**City:**
**ST:**
**Zip:**
**Sex:** F
**Race:**
**DOB:** (b)
**Height:** | **Weight:** | **Hair:** | **Glass':** | **Eyes:** | **Facial Hair:**
**Scars, Marks & Tatoos:**
**Clothing:**
**Gang:**
**Set:**
**Occupation:** | **Employer:** | **OLN:** | **ST:** | **SSN:** | **AFIS#:**

---

**Association:** PASSENGER
**Last, First Middle:** WARD, DANIEL P
**Interpreter Needed:** ☐
**Phone Numbers:**
**Address:** 9407 35 AV SW
**City:** SEATTLE
**ST:** WA
**Zip:** 98106
**Sex:** M
**Race:**
**DOB:** (b)
**Height:** | **Weight:** | **Hair:** | **Glass':** | **Eyes:** | **Facial Hair:**
**Scars, Marks & Tatoos:** ACNE SCARS TO FACE
**Clothing:**
**Gang:**
**Set:**
**Occupation:** | **Employer:** | **OLN:** | **ST:** | **SSN:** | **AFIS#:**

**Additional Alias':**
- Last Name: WARD
- First Name: BENJIMAN
- MI: ANDREW
- Moniker:

Exhibit 509 - DUI Report

# SHERIFF KING COUNTY — TRAFFIC ACCIDENT

| DO NOT DISCLOSE!: ☐ | | 04-018166 | Page 5 |
|---|---|---|---|
| DomesticViolence ☐ | | 401-H-0 | District: K-2 |

| Association: | Last, First Middle | Interpreter Needed ☐ | Phone Numbers: |
|---|---|---|---|
| PASSENGER | WASHINGTON, RICHARD RW | | Home 206/723-2066 |

| Address | City | ST | Zip |
|---|---|---|---|
| 3308 WETMORE AV S | SEATTLE | WA | 98144 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| M | | (b) | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | | | | |

## VEHICLE SECTION

### COLLISION Vehicle

| Vehicle Association | License | State | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|
| COLLISION | A96771N | WA | 1992 | NISSAN | PU | TRUCK | |

| Features | VIN |
|---|---|
| | (b) |

| Registered Owner Name | Registered Owner Address |
|---|---|
| LANUZATORRES, IGNACIO | 4200 30 AV SW #1 SEATTLE, WA |

| Legal Owner Name | Legal Owner Address |
|---|---|
| , | , |

| Vehicle Disposition (If towed, list towing company, address) | Hold | ReasonForHold |
|---|---|---|
| BURIEN TOWING | No | |

| Stolen Vehicle ☐ | DivoriceInProgress ☐ | PaymentsOverdue ☐ | KeysInIgnition ☐ | EstimatedValue | Radio Notified Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| | HDBComplaint ☐ | | DoorsUnlocked ☐ | | | | |

| Recovered Vehicle Condition (damage, items stripped, etc.) | Other Agency/Case Number | Owner Notified By | Date | Time |
|---|---|---|---|---|
| | | | | |

### COLLISION Vehicle

| Vehicle Association | License | State | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|
| COLLISION | 48872C | WA | 1998 | GILLI | BUS | | |

| Features | VIN |
|---|---|
| | (b) |

| Registered Owner Name | Registered Owner Address |
|---|---|
| KING COUNTY DOT TRANSIT DIVISION, | 500 4 AV #653 SEATTLE, WA |

| Legal Owner Name | Legal Owner Address |
|---|---|
| , | , |

| Vehicle Disposition (If towed, list towing company, address) | Hold | ReasonForHold |
|---|---|---|
| | No | |

| Stolen Vehicle ☐ | DivoriceInProgress ☐ | PaymentsOverdue ☐ | KeysInIgnition ☐ | EstimatedValue | Radio Notified Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| | HDBComplaint ☐ | | DoorsUnlocked ☐ | | | | |

| Recovered Vehicle Condition (damage, items stripped, etc.) | Other Agency/Case Number | Owner Notified By | Date | Time |
|---|---|---|---|---|
| | | | | |

Exhibit 509 - DUI Report

| DO NOT DISCLOSE!: ☐ | **SHERIFF KING COUNTY** | **TRAFFIC ACCIDENT** | 04-018166 | Page 6 |
| --- | --- | --- | --- | --- |
| DomesticViolence ☐ | | | 401-H-0 | **District: K-2** |

| **MO** |
| --- |
| Suspect Trademarks: |
| Instrument: |
| Entry Point: |
| Entry Method: |

| PremisesType | Locked ☐ | Occupied ☐ | Total Property Cost: |
| --- | --- | --- | --- |

☐ Aid Req   ☐ Weapons   ☐ Injury   ☐ Alcohol   ☐ Computer   ☐ Dom Viol   ☐ Drug   ☐ Juvenile   ☐ Gang

**Narrative:**

Certification

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Date and Place:_____   Signature/Agency:_____

**END OF REPORT**

Exhibit 509 - DUI Report



# STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT

REPORT NO. 1351471

040 18166

| | |
|---|---|
| Name | DART JOHN M |
| Address & Phone # | 1615 SW 110 #C SEATTLE WA. 206/439-6772 |
| Sex | M |
| Codes | 02 10 1 1 1 1 |
| Nature of Injuries | NONE |

| | |
|---|---|
| Name | MORALES MARIA A |
| Address & Phone # | 3042 S. 190 SEATAC WA. 98188 206/242-0189 |
| Sex | F |
| Codes | 02 10 1 1 1 |
| Nature of Injuries | NONE |

| | |
|---|---|
| Name | ALLEN LATISHA A |
| Address & Phone # | 3131 S. 192 #D305 SEATAC WA. 98188 206/674-0134 |
| Sex | F |
| Codes | 02 10 1 1 1 1 |
| Nature of Injuries | NONE |

PASSENGER DART WAS SEATED PASSENGER SIDE FRONT OF BUS.
PASSENGERS MORALES AND ALLEN WERE SEATED DRIVERS SIDE
FRONT OF BUS.

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

DATE 1-23-04

PART B 3000-345-160 R (9/97)

Exhibit 509 - DUI Report
PAGE 02 OF 05

# STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT

CORRECTION ☐   REPORT NO. 1 3 5 1 4 7 1

0 4 0 1 8 1 6 6

| | | |
|---|---|---|
| WARD DANIEL P | | |
| ADDRESS & PHONE # 9407-35 AV. SW. SEATTLE, WA 98106 | M | (b) |
| 02 07 1 1 1 - 7 | | NATURE OF INJURIES NECK/BACK |
| CARLESON RON | | |
| ADDRESS & PHONE # 4509-INTERLAKE N. SEATTLE WA. | M | - - |
| 02 11 1 1 1 7 | | NATURE OF INJURIES NECK/BACK |
| PANTOJASOTO BALTAZAR | | |
| ADDRESS & PHONE # 2318-2 AV #239 SEATTLE WA. 206/954-8584 | M | (b) |
| 02 10 1 1 1 1 | | NATURE OF INJURIES NONE |
| DELFINPENA MOISES | | |
| ADDRESS & PHONE # 3000-E. SPRUCE #4 SEATTLE, WA. 206/380-3268 | M | (b) |
| 02 10 1 1 1 1 | | NATURE OF INJURIES NONE |

**INDICATE NORTH BY ARROW**

PASSENGER - PANTOJASOTO - SEATED MIDDLE LEFT IN BUS.
PASSENGER DELFINPENA - SEATED MIDDLE RIGHT IN BUS.
WARD AND CARLESON TRANSPORTED FROM SCENE TO
HOSPITAL FOR EVALUATION.

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

INVESTIGATING OFFICER'S SIGNATURE   UNIT OR DIST. DET.   DATED   PLACE SIGNED
APPROVED BY [signature]   DATE 1-23-01

PART B 3000-345-160 R (9/97)

Exhibit 509 - DUI Report
PAGE 03 OF 05

# STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT

CORRECTION ☐   REPORT NO. 1351471

0401866

| | | |
|---|---|---|
| ROBINSON WENDY L | F | (b) |
| ADDRESS & PHONE # UNKNOWN | | |
| ☒ ☐  02 10 1 1 1 1 | NATURE OF INJURIES NONE | |
| BARNES DONOVAN J | M | (b) |
| ADDRESS & PHONE # 2101-E. TERRACE SEATTLE WA. 206/588-5974 | | |
| ☒ ☐  02 10 1 1 1 1 | NATURE OF INJURIES NONE | |
| STEWART TANZANIA S | F | (b) |
| ADDRESS & PHONE # UNKNOWN | | |
| ☒ ☐  02 10 1 1 1 1 | NATURE OF INJURIES NONE | |
| WASHINGTON RICHARD RW | M | (b) |
| ADDRESS & PHONE # 3308-WETMORE S. SEATTLE WA. 206/723-2066 | | |
| ☒ ☐  02 10 1 1 1 1 | NATURE OF INJURIES NONE | |

INDICATE NORTH BY ARROW

PASSENGERS ROBINSON AND STEWART ARE GRANDMOTHER AND GRANDDAUGHTER. THEY RECENTLY MOVED AND DO NOT KNOW ANY ADDRESS CURRENT OR FORMER. THEY HAVE NO PHONE. BOTH WERE SEATED IN REAR OF BUS.
PASSENGER BARNES WAS SEATED IN REAR OF BUS.
PASSENGER WASHINGTON WAS SEATED IN REAR OF BUS. SAID BUS WAS STOPPED AND VEH#1 STRUCK REAR OF BUS.

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

INVESTIGATING OFFICER'S SIGNATURE / APPROVED BY

DATE 1-23-01

PART B 3000-345-160 R (9/97)

Exhibit 509 - DUI Report
PAGE 04 OF 05

# STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT

REPORT NO. 1351471

0 4 0 1 8 1 6 6

| # | | | | | | | | NATURE OF INJURIES |
|---|---|---|---|---|---|---|---|---|
| 01 | | 03 | 9 | 9 | 1 | | 6 | CUTS TO HEAD |

ADDRESS & PHONE #: UNKNOWN

| 02 | | 11 | 1 | 1 | 1 | | 7 | LEG PAIN |

ADDRESS & PHONE #: UNKNOWN

**INDICATE NORTH BY ARROW** (arrow pointing left/west)

Diagram: AMBAUM BLVD SW (east-west), bus stop, SW 122 ST, with "BUS" arrow and Unit "1" arrow both heading westbound on Ambaum Blvd SW.

ON 1-18-04 AT 2010 HOURS, UNIT 2 WAS STOPPED AT SW 122 ST/AMBAUM BLVD SW LOADING/UNLOADING PASSENGERS. UNIT 1 FAILED TO STOP AND REAR-ENDED UNIT 2. DEPUTY BONNAR INITIALLY RESPONDED AND OBSERVED LANUZA-TORRES IN THE DRIVER'S SEAT. BONNAR TOLD ME THAT HE SMELLED A STRONG ODOR OF INTOXICANTS ON LANUZA-TORRES'S BREATH. UNIT 1 PASSENGER SUFFERED CUTS TO HIS HEAD FROM THE WINDSHIELD. UNKNOWN PASSENGER NAME ON UNIT 2 COMPLAINED OF LEG PAIN. AID RESPONDED AND TREATED THE INJURED.

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

UNIT OR DIST. DET: 2K17
DATED: 1-18-04
PLACE SIGNED: SEATTLE

APPROVED BY: [signature]  DATE: 1-23-04

09357  WAKCS0000  2012  2017

PART B  3000-345-160 R (9/97)

PAGE 05 OF 05

Exhibit 509 - DUI Report

# SHERIFF KING COUNTY — TICKET

| | |
|---|---|
| DO NOT DISCLOSE!: ☐ | |
| DomesticViolence ☐ | |
| 04-018166 | Page 1 |
| 404-H-0 | District: N-1 |

| Reported: | DOW | Time: | Incident Type: | Initial FCR | Court | Juvenile |
|---|---|---|---|---|---|---|
| 01/18/04 | Sun | 20:10 | DUI | -- | Burien Muni | ☐ |

| Occ Between: | DOW | Time: | And: | DOW | Time: | LocationName: |
|---|---|---|---|---|---|---|
| 01/18/04 | Sun | 20:05 | 01/18/04 | Sun | 20:05 | |

| Incident Location: | City: | State: | Zip |
|---|---|---|---|
| SW 122 ST / AMBAUM BLVD SW | BURIEN | WA | 98168 |

## SUSPECTS/ARRESTED PERSONS SECTION

| Association: | Last, First Middle | Interpreter Needed | Booked | Citation # | Co-Defendant # |
|---|---|---|---|---|---|
| ARRESTED | LANUZA-TORRES, IGNACIO | ☐ | ☐ | CR06989BU | |

| Address | City | ST | Zip | Phone Numbers: |
|---|---|---|---|---|
| | | WA | | |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Scars, Marks & Tatoos | Clothing | Gang | Set |
|---|---|---|---|
| | | | |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | | | | |

| Charges Codes: | RCW( or Local Ord) Code - Description | Counts: |
|---|---|---|
| 404-M  DUI | 46.61.502 - DUI | 1 |
| 424-M  DRIVING WHILE LICENSE REVOKED/SUSPENDED | 46.20.342.3 - DWLS/3 | 1 |

## VEHICLE SECTION

**SUSPECT Vehicle**

| Vehicle Association | License | State | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|
| SUSPECT | A96771N | WA | 1992 | NISSAN | TRUCK | 2DR | GRY |

| Features | VIN |
|---|---|
| | (b) |

| Registered Owner Name | Registered Owner Address |
|---|---|
| LANUZA-TORRES, ARNULFO | 4200 30 AV SW #1 SEATTLE, WA |
| Legal Owner Name | Legal Owner Address |
| LANUZA-TORRES, ARNULFO | 4200 30 AV SW #1 SEATTLE, WA |

| Vehicle Disposition (If towed, list towing company, address) | Hold | ReasonForHold |
|---|---|---|
| | No | |

| Stolen Vehicle | | | EstimatedValue | Radio Notified Clerk | Date | Time |
|---|---|---|---|---|---|---|
| ☐ DivoriceInProgress ☐ PaymentsOverdue ☐ KeysInIgnition | | | | | | |
| ☐ HDBComplaint ☐ DoorsUnlocked | | | | | | |

| Recovered Vehicle Condition (damage, items stripped, etc.) | Other Agency/Case Number | Owner Notified By | Date | Time |
|---|---|---|---|---|
| | | | | |

## REVIEW

| DateSubmitted: | Reporting Officer: | Disposition: | |
|---|---|---|---|
| | 07822  Bonnar, Brian J. | INCIDENT REPORT - CITATION ISSUED/CHARGED BY INVE | |
| DateTimeReviewed: | ReviewedBy: | CIDScreener | Event Processing Status: **Completed** |
| DateAssigned | InvestigatorAssigned | | Date Status Last Changed 01/18/04 10:36:42 P |

☑ Aid Req   ☐ Weapons   ☑ Injury   ☑ Alcohol   ☐ Computer   ☐ Dom Viol   ☐ Drug   ☐ Juvenile   ☐ Gang

**Printed by: Douglas, Charles J   On:  Wednesday  01/21/04  14:28**

INCIDENT REPORT   96-340483-A
1074494202
Exhibit 509 - DUI Report

| DO NOT DISCLOSE!: ☐ | **SHERIFF KING COUNTY** | **TICKET** | 04-018166 | Page 2 |
| --- | --- | --- | --- | --- |
| DomesticViolence ☐ | | | 404-H-0 | District: N-1 |

## PROPERTY SECTION

| Status | Article | Brand | Model | Serial # |
| --- | --- | --- | --- | --- |
| **EVIDENCE** | **BLOOD VIALS** | | | |

| Qty | Unit of Meas: | Description | | Value |
| --- | --- | --- | --- | --- |
| 2 | EACH | GRAY-TOP BLOOD VIALS | | |

### MO

Suspect Trademarks:

Instrument:

Entry Point:

Entry Method:

| PremisesType | Locked ☐ | Occupied ☐ | Total Property Cost: $0.00 |
| --- | --- | --- | --- |

☑ Aid Req    ☐ Weapons    ☑ Injury    ☑ Alcohol    ☐ Computer    ☐ Dom Viol    ☐ Drug    ☐ Juvenile    ☐ Gang

**Narrative:**

### Additional Attachments/Reports Associated with this Incident/Follow-up Report:

A-102 Master Evidence Report          Sunday  01/18/04          Active

Certification

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Date and Place:_____    Signature/Agency:_____

**END OF REPORT**

Exhibit 509 - DUI Report