*The Honorable Judge Barbara J. Rothstein*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO LANUZA,<br><br>                Plaintiff,<br><br>vs.<br><br>JONATHAN LOVE, and<br>UNITED STATES OF AMERICA,<br><br>                Defendants. | **Case No. 2:14-cv-01641-BJR**<br><br>**Declaration of Timothy M. Durkin, Assistant U.S. Attorney re: Request for Costs and Attorney's Fees for Plaintiff's Frivolous Action** |

    I, Timothy M. Durkin, Assistant U.S. Attorney (EDWA), declare and state under the penalty of perjury under the laws of the United States (28 U.S.C. § 1746) that the following information is true and correct to the best of my knowledge, information and belief:

    I am above the age of 18, am not a party hereto, and am competent to testify to the matters stated herein, which are based on personal knowledge and/or review of information or records known to me that were produced and/or provided by and through discovery responses, disclosures, records subpoenas, depositions and/or records requests connected with the parties' litigation and which declarations, deposition transcripts – excerpts, public records, and other produced records and/or electronic material, and/or judicially noticed materials, should be allowed and considered admissible evidence at the time of proffer, hearing or trial, pursuant to the Federal Rules of Evidence, including but not limited to Fed. R. Evid. 201, 601, 602, 902; *e.g.,* the Court may take notice and accept "any facts … not subject to reasonable dispute since … the accuracy of which cannot be reasonably challenged." Fed. R. Evid. 201(b)(2), 902; *Mathews v. NFL Mgmt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012); *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1224 (10th Cir. 2007):

Declaration of Timothy M. Durkin re: Costs & Fees – page 1

1. I am an Assistant United States Attorney for the Eastern District of Washington and one of the attorneys for the Defendant who has appeared in this action wherein the Plaintiff Mr. Lanuza, through his attorneys Matt Adams, NWIRP, et al., prosecuted a ***$500,000 claim*** for damages under the Federal Tort Claims Act for the United States alleged *malicious prosecution* of Plaintiff for pursuing Immigration Court removal – deportation proceedings in 2008, when Plaintiff was unlawfully present in the United States; .

2. In that capacity, the Plaintiff and the United States were required to make initial Rule 26 Disclosures of records and information;

3. Notwithstanding the United States objecting to and informing Plaintiffs' several counsel, on multiple occasions, that subject matter jurisdiction was absent and therefore *no discovery* was appropriate under the FTCA, Plaintiff's counsel rejected this notion and served multiple sets of written discovery (approximately six, including multiple interrogatories and requests for production) and further required the United States to incur substantial costs, expenses and attorney time in having to provide responses and participate in depositions in this matter;

4. Plaintiff's counsel also served multiple subpoenas and noted multiple depositions (approx. nine) of U.S. DHS and ICE officers and immigration attorneys, including retired counsel and one sitting Immigration Court Judge, without first trying to contact or consult opposing counsel;

5. On or about ***August 14, 2019***, I served on Plaintiff's attorneys an Offer of Judgment in the proposed amount of $4,000 and in the form of a proposed settlement agreement with a release. Plaintiff and his counsel rejected settlement of this case for that amount. Attached herewith as ***Exhibit 702*** is a copy of the email (ECF registered addresses) I sent enclosing the proposed offer of judgment - settlement of $4,000;

6. On or about September 8, 2015, I served on Plaintiff's counsel Notification of Plaintiff's and his counsel's Rule 11 violations. Attached herewith as ***Exhibit 701 is the Rule 11 Brief*** I served on Plaintiff's counsel at counsel's registered ECF addresses;

7. The United States incurred significant transcript costs that were ordered in connection with the undersigned counsel's preparation of the United States' defense of this case, which includes preparation of this case for a potential trial. Attached herewith as Exhibit 703 are receipts for the payment of transcripts;

8. The United States also incurred significant travel costs in having to review and respond to Plaintiffs' counsel's invasive discovery requests and appear for and participate in

Declaration of Timothy M. Durkin re: Costs & Fees – page 2

Plaintiff's counsel's multiple noted depositions.  Attached herewith as Exhibit 704 are invoices reflecting travel costs incurred in having to appear in the WDWA to defend this frivolous lawsuit against the United States

9. Thus, recoverable costs to date are:

- ♦ K&K Reporting  - Transcript from Ninth Cir. Argument (filed in support of U.S. Motion to dismiss: $196.00
- ♦ Esquire Transcripts – Bob Peck Deposition $404.90
- ♦ A. Varona, Court Reporter – Anthony Dodd depo transcript $285.75
- ♦ A. Varona, CR – Mark Bailey depo transcript $239.00
- ♦ U.S. Legal Support (CA Reporting) – dawn Calfee Transcript $595.00
- ♦ U.S. Legal Support (CA Reporting) – Mitchell Diaz transcript $527.40
- ♦ Amanda Varona (CR) – Jonathan Love transcript $352.00
- E-2 Travel Voucher (Seattle – Sept. 3,2015 $1,062.11
- E-2 Travel Voucher (Seattle – Sept. 9, 2015 $808.89
- E-2 Travel Voucher (Seattle – Sept. 9, 2015 $861.64

RESPECTFULLY SUBMITTED this 20th day of August 2019.

*William D. Hyslop*
United States Attorney (EDWA)

s/ ***Tim M. Durkin***
Timothy M. Durkin, AUSA
Special Counsel for U.S. Attorney General

Declaration of Timothy M. Durkin re:  Costs & Fees  –  page 3

***Certificate of ECF Service***

I hereby certify that on the date that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System that the Court's ECF system will send notification of such filing to the following, and/or I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participant(s):

| | |
|---|---|
| ***Counsel for the Plaintiff:*** | Matt Adams, matt@nwirp.org; |
| | Christopher Schenck, chris.schenck@gmail.com; |
| | Stephanie Martinez, stephanie@nwirp.org; |
| | Aaron Korthius, aaron@nwirp.org. |
| Defendant *Pro Se* | Jonathan Love, Jonathanlove786@gmail.com. |

And to the following non-ECF party:  N/A

s/ *Tim M. Durkin*
Timothy M. Durkin, AUSA

Declaration of Timothy M. Durkin re:  Costs & Fees  –  page 4